UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION



**FILED**

JUL 26 2023

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 22-CR-20062 |
| | ) | |
| ARTHUR BECKOM, | ) | |
| | ) | |
| Defendant. | ) | |

## VERDICT

We, the jury, find the defendant, Arthur Beckom, ___Guilty___

(guilty, not guilty)

of the offense of possession of a firearm by a felon as charged in Count 1 of the

Indictment.

s/Foreperson

s/Juror                    Foreperson

s/Juror                    s/Juror

s/Juror                    s/Juror

s/Juror                    s/Juror

s/Juror                    s/Juror

s/Juror                    s/Juror

DATE: ___26 Jul 23___